BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant RAYMOND THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11 00497 CW |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE** |
| vs. | |
| DANNY HARRIS and RAYMOND THOMAS, | |
| Defendants. | |

    This matter presently is set for hearing on a potential motion to dismiss the indictment on November 30, 2011. Defense counsel for Raymond Thomas has not yet completed the research necessary to determine if there are sufficient legal grounds upon which a dismissal motion may be predicated, but anticipates completing this research in the next few weeks.

    For this reason, IT IS STIPULATED AND AGREED that the present briefing and hearing schedule be modified as follows:

    The opening brief (if any) shall be filed by November 9, 2011;

    The government's responding brief shall be filed by November 30, 2011;

    Defendant's reply brief shall be filed by December 7, 2011; and,

STIP MODIFYING BRIEF SCHED       1

1    The motion shall be heard on December 14, 2011.

2    The foregoing schedule accommodates the various schedules of government and defense

3    counsel.

4    SO STIPULATED.

5

6    Dated: October 24, 2011
                                            /s/
                                            _____
7                                           JEROME E. MATTHEWS
                                            Assistant Federal Public Defender
                                            Attorney for Raymond Thomas
8

9

10   Dated: October 24, 2011
                                            /s/
                                            _____
                                            PAUL WOLF
11                                          Attorney for Danny Harris

12

13   Dated: October 24, 2011
                                            /s/
                                            _____
14                                          SUSAN BADGER
                                            Assistant United States Attorney

15

16

17   Good cause appearing therefor, the briefing schedule for defendant Raymond Thomas's

18   motion to dismiss the indictment, if any, is modified as provided in the foregoing stipulation.

19   The motion shall be heard on December 14, 2011.

20

21

22   Dated: October _25_, 2011
                                            _____
                                            CLAUDIA WILKEN
23                                          United States District Judge

24

25

26

STIP MODIFYING BRIEF SCHED            2