1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   SUSAN E. BADGER (CSBN 124365)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7199
7       Facsimile:  (415) 436-7234
        Susan.Badger@usdoj.gov
8
9   Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                NORTHERN DISTRICT OF CALIFORNIA
12
                        OAKLAND DIVISION
13

14  UNITED STATES OF AMERICA,          )   No. CR 11 0497 CW
                                       )
15          Plaintiff,                 )   GOVERNMENT'S *EX PARTE*
                                       )   MOTION FOR ORDER
16      v.                             )   AUTHORIZING PRODUCTION OF
                                       )   RULE 17(c) MATERIALS IN
17  DANNY HARRIS, JR., and             )   ADVANCE OF TRIAL AND
    RAYMOND THOMAS, JR.                )   (PROPOSED) ORDER
18                                     )
                                       )
19          Defendants.                )
                                       )
20  _____

21                  **INTRODUCTION**

22          Pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure and Rule 17-2

23  of the Criminal Local Rules, United States District Court, Northern District of California,

24  the United States brings the following *ex parte* motion for an order authorizing the

25  government to issue a Rule 17(c) subpoena to Wells Fargo Bank for certain financial

26  transaction records which will require production of the records in advance of trial.  The

27  GOVT'S *EX PARTE* MOT. FOR ORDER
28  AND [PROP.] ORDER AUTHORIZING
    PRODUCTION OF RULE 17(c) MATERIALS
    IN ADVANCE OF TRIAL
    CR 11 0497 CW                    1

government will, upon filing of this motion and proposed order, provide the defendants with a copy of this motion and proposed order, as well as the Declaration of Susan Badger filed in support of this motion.

**DISCUSSION**

Trial in the instant case is scheduled to begin on March 26, 2012 before this Court. Counts One through Four, which name only defendant Harris, center on allegations that Harris made material false statements on certain ATF forms when he purchased three firearms at LC Action, a federal firearms dealer in San Jose. Counts Five and Six charge both Harris and co-defendant Thomas with conspiracy to tamper with witnesses and obstruct justice. In connection with the gun purchase alleged in Count Four and certain acts that Harris and Thomas undertook in connection with the conspiracies alleged in Counts Five and Six, certain purchase transactions are relevant in that they establish that Harris and Thomas made those purchases. These facts are more fully explained in the Government's Motion for Order Authorizing Production of Rule 17(c) Materials in Advance of Trial and (Proposed) Order, authorized by this Court on October 13, 2011, Docket Entry 18. *See*, Exhibit A, attached.

In that motion, the government explained that it intended to issue a trial subpoena to Bank of America for copies of records pertaining to credit card transactions that are relevant to the charges. The government sought the Court's authorization to require Bank of America to produce the responsive records in advance of trial. Neither defendant opposed the government's motion.

The government issued the trial subpoena to Bank of America and Bank of America responded that it did not possess records responsive to the subpoena. *See*, Declaration of Susan Badger in Support of Government's *Ex Parte* Motion for Order Authorizing Production of Rule 17(c) Materials in Advance of Trial, filed February 6, 2012, ¶¶ 3, 5. The government has conducted additional investigation, and it appears that

GOVT'S *EX PARTE* MOT. FOR ORDER
AND [PROP.] ORDER AUTHORIZING
PRODUCTION OF RULE 17(c) MATERIALS
IN ADVANCE OF TRIAL
CR 11 0497 CW                          2

1    Wells Fargo Bank is the merchant bank which handled the relevant merchant transactions.

2    *Id*., ¶ 6.  Therefore, the government will be issuing a new trial subpoena to Wells Fargo

3    Bank.  In order to obtain relevant records, have time to review them, and provide them to

4    defense counsel, the government seeks authorization from this Court, pursuant to Rule

5    17(c) of the Federal Rules of Criminal Procedure and Criminal Local Rule 17-2(a),

6    permitting issuance of a subpoena to Wells Fargo Bank that will require Wells Fargo

7    Bank to provide the responsive records in advance of trial.  *Id*., ¶ 6.  The government will

8    comply with subsections (b), (c), (d), and (f) of Criminal Local Rule 17-2 in issuing the

9    subpoena, and upon production, will promptly provide the documents to defense counsel.[1]

10   *Id*.

11

12

13   Dated: February 6, 2012            Respectfully submitted,

14                                      MELINDA HAAG
                                        United States Attorney
15

16                                            /s/
                                        _____
17                                      SUSAN E. BADGER
                                        Assistant United States Attorney
18

19

20                                      **ORDER**

21        Upon the motion of the government, and good cause appearing, IT IS HEREBY

22   ORDERED THAT the United States is authorized to issue a Rule 17(c) subpoena to

23   Wells Fargo Bank for documents and records which will require production of materials

24   responsive to the Rule 17(c) subpoena in advance of trial.  IT IS FURTHER ORDERED

25

26        [1] Criminal Local Rule 17(e), which pertains to subpoenas for personnel or complaint
     records from law enforcement agencies, is not relevant here.
27   GOVT'S *EX PARTE* MOT. FOR ORDER
     AND [PROP.] ORDER AUTHORIZING
28   PRODUCTION OF RULE 17(c) MATERIALS
     IN ADVANCE OF TRIAL
     CR 11 0497 CW                    3

1  that Wells Fargo Bank may deliver the records directly to the United States, as directed on

2  the face of the subpoena.  IT IS FURTHER ORDERED that the government provide all

3  records received to defense counsel immediately upon receipt.

4

5  IT IS SO ORDERED.

6

7  Dated: February 21, 2012

8  CLAUDIA WILKEN
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  GOVT'S *EX PARTE* MOT. FOR ORDER
    AND [PROP.] ORDER AUTHORIZING
    PRODUCTION OF RULE 17(c) MATERIALS
    IN ADVANCE OF TRIAL
    CR 11 0497 CW                    4